NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TJ BIOTECH, LLC,**

*Plaintiff-Appellee*

v.

**AGROSOURCE, INC.,**

*Defendant-Appellant*

---

2026-1140

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:25-cv-81008-RS, Judge Rodney Smith.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT



February 11, 2026
Date

Jarrett B. Perlow
Clerk of Court

2                          TJ BIOTECH, LLC V. AGROSOURCE, INC.

**ISSUED AS A MANDATE:** February 11, 2026